■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON JORDAN, Appellant. [857 NYS2d 516]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (Doyle, J.), imposed April 17, 2007, on the ground that the sentence imposed was excessive.

Ordered that the sentence is affirmed. No opinion. Rivera, J.P., Ritter, Covello and Dickerson, JJ., concur.